UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

**09 CA 12099 JLT**

In re:

N2N Commerce, Inc.,

Debtor.

Chapter 7
Case No. 09-16581

## NOTICE OF APPEAL

Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, and Sharen Turney (collectively, "Movants"), pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001, hereby appeal from the order entered on October 14, 2009 [Docket No. 46] denying Movants' Motion to Dismiss Involuntary Case, and from the resulting Order for Relief entered on October 15, 2009 [Docket No. 47] (the "Orders").

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel of Record** |
|---|---|
| Optaros, Inc. | D. Ethan Jeffery<br>HANIFY & KING PC<br>One Beacon Street<br>Boston, MA 02108<br>Tel: (617) 423-0400<br>Email: dej@hanify.com |
| Navisite, Inc. | Mark T. Power<br>HAHN & HESSEN, LLP<br>488 Madison Avenue<br>14th Floor<br>New York, NY 10022<br>Tel: (212) 478-7200<br>Email: mpower@hahnhessen.com |

| | |
|---|---|
| TIBCO Software, Inc. | Joseph Kijewski<br>TIBCO Software Inc.<br>Office of the General Counsel<br>3303 Hillview Avenue<br>Palo Alto, CA 94304<br>Tel:   (571) 212-2909 |
| N2N Commerce, Inc. | [Pro Se]<br>C/O Finn, Warnke and Gayton<br>167 Worcester Street<br>Suite 201<br>Wellesley Hills, MA 02481<br>Tel:   (781) 237-8840 |
| Chapter 7 Trustee of N2N Commerce, Inc. | Joseph G. Butler, Esq.<br>Barron & Stadfeld, PC<br>100 Cambridge Street<br>Boston, MA  02114<br>Tel:   (617) 723-9800 |

[signatures on following pages]