**NTCAPR, REPEAT**

**United States Bankruptcy Court
District of Massachusetts (Boston)
Bankruptcy Petition #: 09-16581
Internal Use Only**

*Date filed:* 07/13/2009

*Assigned to:* Judge Joan N. Feeney
Chapter 7
Involuntary
Asset

**09 CA 12099 JLT**

| | |
|---|---|
| *Debtor*<br>**N2N Commerce, Inc.,**<br>C/O Finn, Warnke and Gayton<br>167 Worcester Street<br>Suite 201<br>Wellesley Hills, MA 02481<br>Tax ID / EIN: ███████ | represented by **N2N Commerce, Inc.,**<br>PRO SE |
| *Petitioning Creditor*<br>**NaviSite, Inc.**<br>Attn: Jim Pluntze<br>400 Minuteman Road<br>Andover, MA 01810 | represented by **Mark T. Power**<br>Hahn & Hessen, LLP<br>488 Madison Avenue<br>14th Floor<br>New York, NY 10022<br>(212) 478-7200<br>Email: mpower@hahnhessen.com |
| *Petitioning Creditor*<br>**Optaros, Inc.**<br>John Rogers<br>Attn: Legal Dept.<br>10 Milk Street<br>Boston, MA 02108 | represented by **Christian J. Urbano**<br>Hanify & King, P.C.<br>One Beacon Street<br>21st Floor<br>Boston, MA 02108-3107<br>617-226-3426<br>Fax: 617-556-8985<br>Email: cju@hanify.com<br><br>**D. Ethan Jeffery**<br>Hanify & King PC<br>One Beacon Street<br>Boston, MA 02108<br>(617) 423-0400<br>Email: dej@hanify.com<br><br>**Natalie B. Sawyer**<br>Hanify & King, P.C. |

Certified to be a true and correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: _____ Deputy Clerk
Date: 12/4/09

One Beacon Street
21st Floor
Boston, MA 02108
(617) 423-0400
Email: nbs@hanify.com

| | |
|---|---|
| *Petitioning Creditor*<br>**TIBCO Software, Inc.**<br>Joseph Kijewski<br>Office of the General Counsel<br>3303 Hillview Avenue<br>Palo Alto, CA 94304 | represented by **Joseph Kijewski**<br>TIBCO Software Inc.<br>Office of the General Counsel<br>3303 Hillview Avenue<br>Palo Alto, CA 94304<br>571-212-2909 |
| *Assistant U.S. Trustee*<br>**John Fitzgerald**<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 | |
| *Trustee*<br>**Joseph G. Butler**<br>Barron & Stadfeld<br>100 Cambridge Street<br>Suite 1310<br>Boston, MA 02114<br>617-723-9800 | represented by **Joseph G. Butler**<br>Barron & Stadfeld, P.C.<br>100 Cambridge Street<br>Suite 1310,<br>Boston, MA 02114<br>(617) 723-9800<br>Email: JGB@Barronstad.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 07/13/2009 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299 filed by NaviSite, Inc. (attorney Mark T. Power), Optaros, Inc. (attorney D. Ethan Jeffery), TIBCO Software, Inc. (attorney Joseph Kijewski) (Jeffery, D.) (Entered: 07/13/2009) |
| 07/14/2009 | | Judge Frank J. Bailey added to case (mem, USBC) (Entered: 07/14/2009) |
| 07/14/2009 | 2 | Involuntary Summons Issued on N2N Commerce, Inc. (chy, USBC) (Entered: 07/14/2009) |
| 07/14/2009 | 3 | Court Certificate of Mailing RE: 2 Involuntary Summons Issued. (chy, USBC) (Entered: 07/14/2009) |
| 07/14/2009 | 4 | Involuntary Summons Issued on N2N Commerce, Inc. (chy, USBC) (Entered: 07/14/2009) |
| | | |

| | | |
|---|---|---|
| 07/14/2009 | ◉ 5 | Court Certificate of Mailing RE: 4 Involuntary Summons Issued. (chy, USBC) (Entered: 07/14/2009) |
| 07/14/2009 | ◉ 6 | Involuntary Summons Issued on N2N Commerce, Inc. (chy, USBC) (Entered: 07/14/2009) |
| 07/14/2009 | ◉ 7 | Court Certificate of Mailing RE: 6 Involuntary Summons Issued. (chy, USBC) (Entered: 07/14/2009) |
| 07/14/2009 | | Receipt of filing fee for Involuntary Petition (Chapter 7)(09-16581) [misc,invol7] ( 299.00). Receipt Number 7468293, amount $ 299.00. (U.S. Treasury) (Entered: 07/14/2009) |
| 07/14/2009 | ◉ 8 | Notice of Appearance and Request for Creditor Notice filed by NaviSite, Inc. *with certificate of service.* (Power, Mark) (Entered: 07/14/2009) |
| 07/15/2009 | ◉ 9 | Summons Service Executed in an Involuntary Case on N2N Commerce, Inc., 7/14/2009, Answer Due 8/3/2009 filed by Petitioning Creditor Optaros, Inc., Debtor N2N Commerce, Inc., (Sawyer, Natalie) (Entered: 07/15/2009) |
| 07/15/2009 | ◉ 10 | Supplemental *Summons Service Executed in an Involuntary Case on N2N Commerce, Inc.* (Re: 1 Involuntary Petition (Chapter 7), 2 Involuntary Summons Issued) filed by Petitioning Creditor Optaros, Inc. (Sawyer, Natalie) (Entered: 07/15/2009) |
| 07/15/2009 | ◉ 11 | Summons Service Executed in an Involuntary Case on N2N Commerce, Inc., 7/14/2009, Answer Due 8/3/2009 filed by Petitioning Creditor Optaros, Inc., Debtor N2N Commerce, Inc., (Sawyer, Natalie) (Entered: 07/15/2009) |
| 08/03/2009 | ◉ 12 | Motion filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Involuntary Case. (Whitesell, A.) CORRECTIVE ENTRY: Party Filer(s) Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher added. Modified on 8/3/2009 (chy, USBC). (Entered: 08/03/2009) |
| | | Memorandum In Support of Motion to Dismiss Involuntary Case (Re: 12 Motion to Dismiss Case) filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E) (Whitesell, A.) CORRECTIVE ENTRY: Party Filer(s) Lawrence |

| | | |
|---|---|---|
| 08/03/2009 | ● 13 | Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher added. Modified on 8/3/2009 (chy, USBC). (Entered: 08/03/2009) |
| 08/03/2009 | ● 14 | Certificate of Service (Re: 12 Motion to Dismiss Case, 13 Brief/Memorandum) filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher. (Whitesell, A.) CORRECTIVE ENTRY: Party Filer(s) Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher added. Modified on 8/3/2009 (chy, USBC). (Entered: 08/03/2009) |
| 08/07/2009 | ● 15 | Motion filed by Petitioning Creditor NaviSite, Inc. to Approve Stipulation Extending Time to Respond to Motion to Dismiss (RE: 12 Motion to Dismiss Case). (Attachments: # 1 Proposed Order and Stipulation) (Power, Mark) CORRECTIVE ENTRY: Linkage created to document #12. Modified on 8/7/2009 (chy, USBC). (Entered: 08/07/2009) |
| 08/10/2009 | ● 16 | Order dated 8/10/2009 Extending Time to Respond to Motion to Dismiss RE: 15 Motion filed by Petitioning Creditor NaviSite, Inc. to Approve Stipulation Extending Time to Respond to Motion to Dismiss (RE: 12 Motion to Dismiss Case). See Order for Complete Text. (chy, USBC) (Entered: 08/10/2009) |
| 08/10/2009 | ● 17 | Hearing Scheduled for 9/29/2009 at 11:00 AM Boston Courtroom 4 - FJB RE: 12 Motion filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Case. (rmb, USBC) (Entered: 08/10/2009) |
| 08/12/2009 | ● 18 | BNC Certificate of Mailing - Hearing. RE: 17 Hearing Scheduled Service Date 08/12/2009. (Admin.) (Entered: 08/13/2009) |
| 08/12/2009 | ● 19 | BNC Certificate of Mailing - PDF Document. RE: 16 Order on Motion to Dismiss Case Service Date 08/12/2009. (Admin.) (Entered: 08/13/2009) |
| 08/13/2009 | ● 20 | Certificate of Service of Notice of Hearing filed by Interested Parties Martyn Redgrave, Sharen Turney (Re: 12 Motion filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Case). (Whitesell, A.) CORRECTIVE ENTRY: Linkage created to document #12 and deleted from document #17. Modified on 8/13/2009 (chy, USBC). (Entered: 08/13/2009) |
| | | |

| | | |
|---|---|---|
| 08/13/2009 | ● | Judge Joan N. Feeney added to case. Involvement of Judge Frank J. Bailey Terminated. Previous Case filing 09-10246 JNF. (chy, USBC) (Entered: 08/13/2009) |
| 08/14/2009 | ●21 | Hearing Rescheduled for 10/7/2009 at 11:00 AM Boston Courtroom 1 - JNF RE: 12 Motion filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Case. (mnd) (Entered: 08/14/2009) |
| 08/16/2009 | ●22 | BNC Certificate of Mailing - Hearing. RE: 21 Hearing Scheduled Service Date 08/16/2009. (Admin.) (Entered: 08/17/2009) |
| 08/18/2009 | ●23 | Notice of Case Reassignment and Rescheduled Hearing filed by Interested Parties Martyn Redgrave, Sharen Turney. Certificate of Service. (Whitesell, A.) (Entered: 08/18/2009) |
| 08/26/2009 | ●24 | Stipulation By Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney, Petitioning Creditors NaviSite, Inc., Optaros, Inc., TIBCO Software, Inc. Extending (to September 25, 2009) Time to Respond to Motion to Dismiss (Re: 12 Motion to Dismiss Case, 16 Order on Motion to Dismiss Case, Order on Motion for Approval) filed by Interested Parties Stephen Asbaty, et al. (Power, Mark) (Entered: 08/26/2009) |
| 08/26/2009 | ●25 | Petitioning Creditors' Assented To Motion filed by Petitioning Creditor NaviSite, Inc. to Approve Second Stipulation and Order Extending (to September 25, 2009) Time to Respond to Motion to Dismiss (Re: 24 Stipulation). (Power, Mark) (Entered: 08/26/2009) |
| 08/27/2009 | ●26 | Endorsed Order Dated 8/27/09 (Re: 25 Petitioning Creditors' Assented To Motion filed by Petitioning Creditor NaviSite, Inc. to Approve Second Stipulation and Order Extending (to September 25, 2009) Time to Respond to Motion to Dismiss (Re: 24 Stipulation)). MOTION ALLOWED. (fac, USBC) (Entered: 08/27/2009) |
| | | Second Stipulation and Order Dated 8/27/09 Extending Time To Respond To Motion To Dismiss (Re: 24 Stipulation filed by Creditor NaviSite, Inc., et al). (Petitioning Creditors Must Answer Or Otherwise Plead In Response To The Motion To Dismiss Involuntary Case by 9/11/09. The Movant's Time To Reply To An Answer To The Motion To Dismiss Involuntary Case Is Hereby Extended To And Including September 25, 2009). See Stipulation and Order for Full Text. (fac, USBC) (Entered: |

| | | |
|---|---|---|
| 08/27/2009 | 27 | 08/27/2009) |
| 08/29/2009 | 28 | BNC Certificate of Mailing - PDF Document. RE: 26 Order on Motion for Approval Service Date 08/29/2009. (Admin.) (Entered: 08/30/2009) |
| 08/29/2009 | 29 | BNC Certificate of Mailing - PDF Document. RE: 27 Order Service Date 08/29/2009. (Admin.) (Entered: 08/30/2009) |
| 09/11/2009 | 30 | Objection filed by Creditor NaviSite, Inc., Petitioning Creditor Optaros, Inc. To Motion to Dismiss Involuntary Case (Re: 12 Motion filed by Interested Party Sharen Turney and Martyn Redgrave to Dismiss Case) (Attachments: (1) Exhibit A) (Jeffery, D.) (Entered: 09/11/2009) |
| 09/11/2009 | 31 | Motion filed by Creditor NaviSite, Inc., Petitioning Creditor Optaros, Inc. for Impoundment of Exhibit to Objection to Motion to Dismiss Involuntary Case. (Urbano, Christian) (Entered: 09/11/2009) |
| 09/11/2009 | 32 | Certificate of Service (Re: 30 Objection) filed by Petitioning Creditor Optaros, Inc. (Jeffery, D.) (Entered: 09/11/2009) |
| 09/14/2009 | 33 | Motion filed by Petitioning Creditor Optaros, Inc. and NaviSite, Inc. for Impoundment of Exhibit To 30 Objection by Navisite, Inc. and Optaros, Inc. To 12 Motion by Interested Parties Sharen Turney, Marilyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Involuntary Case (Attachments: # 1 Certificate of Service) (Urbano, Christian) CORRECTIVE ENTRY: Text Modified To Add Linkage # 30 and #12. Modified on 9/14/2009 (pkn, USBC). (Entered: 09/14/2009) |
| 09/15/2009 | 34 | Endorsed Order Dated 9/15/09 33 Motion filed by Petitioning Creditor Optaros, Inc. and NaviSite, Inc. for Impoundment of Exhibit To 30 Objection by Navisite, Inc. and Optaros, Inc. To 12 Motion by Interested Parties Sharen Turney, Marilyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Involuntary Case. MOTION ALLOWED. (bg, usbc) (Entered: 09/15/2009) |
| 09/15/2009 | 35 | Endorsed Order Dated 9/15/09 Re: 31 Motion filed by Creditor NaviSite, Inc., Petitioning Creditor Optaros, Inc. for Impoundment of Exhibit to Objection to Motion to Dismiss Involuntary Case. NO ACTION NECESSARY AS THIS DOCUMENT IS A DUPLICATE OF A SUBSEQUENTLY FILED DOCUMENT. (bg, usbc) (Entered: 09/15/2009) |

| | | |
|---|---|---|
| 09/17/2009 | ◎ 36 | BNC Certificate of Mailing - PDF Document. RE: 34 Order on Generic Motion Service Date 09/17/2009. (Admin.) (Entered: 09/18/2009) |
| 09/17/2009 | ◎ 37 | BNC Certificate of Mailing - PDF Document. RE: 35 Order Service Date 09/17/2009. (Admin.) (Entered: 09/18/2009) |
| 09/24/2009 | ◎ 38 | Reply to Petitioning Creditors' Objection to Motion to Dismiss Involuntary Case filed by Interested Parties Martyn Redgrave, Sharen Turney (Re: 30 Objection filed by Creditor NaviSite, Inc., Petitioning Creditor Optaros, Inc. To Motion to Dismiss Involuntary Case (Re: 12 Motion filed by Interested Party Sharen Turney and Martyn Redgrave to Dismiss Case) (Whitesell, A.) CORRECTIVE ENTRY: Linkage Broken To 12(fac, USBC). (Entered: 09/24/2009) |
| 09/24/2009 | ◎ 39 | Declaration re: Electronic Filing (Gail M. Stern) (Re: 40 Affidavit of Gail M. Stern in Support of Motion to Dismiss Involuntary Case) filed by Interested Parties Martyn Redgrave, Sharen Turney (Whitesell, A.) CORRECTIVE ENTRY: Linkage Added To Related Document 40 and Removed From 12 and 30. CORRECTIVE ENTRY: Docket Text Modified To More Accurately Describe Document Filed. Movant Used Wrong Event. (fac, USBC). (Entered: 09/24/2009) |
| 09/24/2009 | ◎ 40 | Affidavit of Gail M. Stern in Support of Motion to Dismiss Involuntary Case (Re: 12 Motion to Dismiss Case) filed by Interested Parties Martyn Redgrave, Sharen Turney. (Whitesell, A.)CORRECTIVE ENTRY: Linkage Broken To 30 (fac, USBC). (Entered: 09/24/2009) |
| 09/24/2009 | ◎ 41 | Declaration Re: Electronic Filing (Gail M. Stern) (Re: 40 Affidavit/Declaration) filed by Interested Parties Martyn Redgrave, Sharen Turney (Whitesell, A.) (Entered: 09/24/2009) |
| 09/24/2009 | ◎ 42 | Certificate of Service (Re: 38 Reply, 40 Affidavit/Declaration, 41 Declaration Re: Electronic Filing) filed by Interested Parties Martyn Redgrave, Sharen Turney (Whitesell, A.) (Entered: 09/24/2009) |
| 10/07/2009 | ◎ | Hearing Held Re: 12 Motion to Dismiss Case (fac, USBC) (Entered: 10/08/2009) |
| | | Order Dated 10/7/09 (RE: 12 Motion filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Involuntary Case, 30 Objection filed by Creditor NaviSite, Inc., Petitioning Creditor NaviSite, Inc., |

| Date | Doc # | Description |
|---|---|---|
| 10/07/2009 | 43 | Petitioning Creditor Optaros, Inc.) 12, 30 - THE COURT TOOK THE MATTER UNDER ADVISEMENT. (fac, USBC) (Entered: 10/08/2009) |
| 10/10/2009 | 44 | BNC Certificate of Mailing - PDF Document. RE: 43 Order Service Date 10/10/2009. (Admin.) (Entered: 10/11/2009) |
| 10/14/2009 | 45 | Opinion Issued Dated 10/14/09 RE: 12 Motion filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Involuntary Case, 30 Objection filed by Creditor NaviSite, Inc., Petitioning Creditor Optaros, Inc. To Motion to Dismiss Involuntary Case. THE COURT FINDS THAT MOVANTS LACK STANDING TO SEEK DISMISSAL OF THE INVOLUNTARY CASE. FURTHER, THE COURT FINDS THAT THE APPOINTMENT OF A CHAPTER 7 TRUSTEE IS IN THE BEST INTERESTS OF CREDITORS. ACCORDINGLY, THE COURT SHALL ENTER AN ORDER DENYING THEIR MOTION TO DISMISS INVOLUNTARY CASE AND ENTERING THE ORDER FOR RELIEF. See Memorandum for Compete Text. (bg, usbc) (Entered: 10/14/2009) |
| 10/14/2009 | 46 | Order Dated 10/14/09 Re: 12 Motion filed by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Involuntary Case. IN ACCORDANCE WITH THE MEMORANDUM DATED OCTOBER 14, 2009, THE COURT HEREBY DENIES THE MOTION TO DISMISS INVOLUNTARY CASE FILED BY LAWRENCE BOHN, JOEL CUTLER, SHAREN TURNEY, MARTYN REDGRAVE, RUBEN PINCHANSKI, STEPHEN ASBATY, WENDY LAHAYE AND MARK DELCHER. THE CLERK SHALL ENTER THE ORDER FOR RELIEF. (bg, usbc) (Entered: 10/14/2009) |
|  |  | An official transcript (RE: 12 Motion by Interested Party Sharen Turney, Martyn Redgrave, Lawrence Bohn, Joel Cutler, Ruben Pinchanski, Stephen Asbaty, Wendy LaHaye and Mark Delcher to Dismiss Involuntary Case; 13 Memorandum in Support of 12, 30 Objection by Navisite, Inc. and Optaros, Inc., 38 Reply of Martyn Redgrave and Sharen Turney to 30, 40 Affidavit of Gail M. STern in Support of 12) heard on 10/07/2009 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 11/4/2009 to file a Request for Redaction with the Court. If no request is |

| | | |
|---|---|---|
| 10/14/2009 | ◉ 68 | filed, the transcript may be made available electronically on 1/13/2010. (kmp) (Entered: 11/05/2009) |
| 10/15/2009 | ◉ 47 | Order for Relief Dated 10/15/09. ON CONSIDERATION OF THE CREDITORS' PETITION FILED ON 7/13/2009 AGAINST THE ABOVE-NAMED DEBTOR, AND IT APPEARING THAT SUMMONS WAS ISSUED AND SERVED UPON THE DEBTOR ON 7/15/09 AND THE MOTION TO DISMISS THE INVOLUNTARY CASE HAVING BEEN DENIED, AN ORDER FOR RELIEF UNDER CHAPTER 7 OF TITLE 11, UNITED STATES CODE, IS HEREBY ENTERED. (bg, usbc) (Entered: 10/15/2009) |
| 10/15/2009 | | Trustee Harold B. Murphy added to case (cb, USBC) (Entered: 10/15/2009) |
| 10/15/2009 | ◉ 48 | Certificate of Appointment and Acceptance of Trustee and Fixing of Bond (cb, USBC) (Entered: 10/15/2009) |
| 10/15/2009 | ◉ | Meeting of Creditors 341(a) meeting to be held on 11/17/2009 at 01:30 PM at Room 255-B, Thomas P. O'Neill Federal Building. Financial Management Course due:1/4/2010. Proofs of Claims due by 2/16/2010. (cb, USBC) (Entered: 10/15/2009) |
| 10/16/2009 | ◉ 49 | Order to Update Re: 1 Chapter 7 Voluntary Petition. Matrix Due 10/21/2009. Corporate Vote due by 10/23/2009. Tax ID due 10/19/2009. Schedules A-H due 11/2/2009. Statement of Financial Affairs due 11/2/2009. Summary of Schedules due 11/2/2009. (bg, usbc) (Entered: 10/16/2009) |
| 10/16/2009 | ◉ 50 | Court Certificate of Mailing. RE: 49 Order to Update (bg, usbc) (Entered: 10/16/2009) |
| 10/16/2009 | ◉ 51 | Trustee's Rejection of Appointment Harold B. Murphy removed from the case. (Murphy, Harold) (Entered: 10/16/2009) |
| 10/16/2009 | | Trustee Joseph G. Butler added to case (vj, USBC) (Entered: 10/16/2009) |
| 10/16/2009 | ◉ 52 | Certificate of Appointment and Acceptance of Trustee and Fixing of Bond (vj, USBC) (Entered: 10/16/2009) |
| 10/16/2009 | ◉ | Meeting of Creditors 341(a) meeting to be held on 11/24/2009 at 09:00 AM at Room 255-B, Thomas P. O'Neill Federal Building. Proofs of Claims due by 2/16/2010. (vj, USBC) (Entered: 10/16/2009) |
| | | |

| | | |
|---|---|---|
| 10/16/2009 | 🌀 53 | BNC Certificate of Mailing - PDF Document. RE: 46 Order on Motion to Dismiss Case Service Date 10/16/2009. (Admin.) (Entered: 10/17/2009) |
| 10/17/2009 | 🌀 54 | BNC Certificate of Mailing - PDF Document. RE: 47 Order for Relief (Ch.7) Service Date 10/17/2009. (Admin.) (Entered: 10/18/2009) |
| 10/21/2009 | 🌀 55 | Verified Declaration *of Creditor Matrix* (Re: 49 Order to Update) filed by Interested Party Joseph Finn, Jr. (Attachments: # 1 Certificate of Service) (Loughnane, John) (Entered: 10/21/2009) |
| 10/22/2009 | 🌀 56 | Notice of Appeal (Re: 46 Order on Motion to Dismiss Case Dated 10/14/09, 47 Order for Relief (Ch.7) Dated 10/15/09) filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney (Whitesell, A.) Appellant Designation Due 11/2/09. Compiled Record Due 11/16/09. Transmission to District Court Due 11/23. (fac, USBC). (Entered: 10/22/2009) |
| 10/22/2009 | 🌀 57 | (Notice) Election to Have Appeal Heard by District Court (Re: 46 Order on Motion to Dismiss Case, 47 Order for Relief (Ch.7)) filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney (Whitesell, A.) USBC). (Entered: 10/22/2009) |
| 10/22/2009 | 🌀 58 | Certificate of Service (Re: 56 Notice, 57 Notice) filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney (Whitesell, A.) (Entered: 10/22/2009) |
| 10/22/2009 | | Appeal Deadlines Updated: Appellant Designation due by 11/2/2009. Transmission of Designation Due by 11/23/2009. Complied Records Due by 11/16/2009. (ymw) (Entered: 10/28/2009) |
| 10/22/2009 | 🌀 59 | Notice of Appeal to District Court RE: 56 Notice of Appeal filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney. (bg, usbc) (Entered: 10/28/2009) |
| | | Clerk's Notice of Fees Due. Fee Due by 11/9/2009. RE: 56 Notice of Appeal filed by Interested Party Lawrence Bohn, Interested Party Joel Cutler, Interested Party Sharen Turney, Interested Party Martyn Redgrave, Interested Party Ruben Pinchanski, Interested Party Stephen Asbaty, Interested Party Wendy LaHaye, Interested |

| | | |
|---|---|---|
| 10/28/2009 | 🌑 60 | Party Mark Delcher. (bg, usbc) (Entered: 10/28/2009) |
| 10/29/2009 | 🌑 | Receipt Number 617224. Fee Amount $255. RE: 60 Clerk's Notice of Fees Due. (bg, usbc) (Entered: 10/29/2009) |
| 10/30/2009 | 🌑 61 | BNC Certificate of Mailing. RE: 60 Clerk's Notice of Fees Due Service Date 10/30/2009. (Admin.) (Entered: 10/31/2009) |
| 11/02/2009 | 🌑 62 | Appellant's Designation of Record and Statement of Issues on Appeal (Re: 56 Notice of Appeal) filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney. Certificate of Service. (Whitesell, A.) (Entered: 11/02/2009) |
| 11/02/2009 | 🌑 63 | Statement *of Taxpayer-Identification Number(s)* with certificate of service filed by Interested Party Joseph Finn, Jr. (Loughnane, John) (Entered: 11/02/2009) |
| 11/02/2009 | 🌑 64 | Summary of Schedules, Statistical Summary, Schedules A-H filed by Interested Party Joseph Finn, Jr. (Attachments: (1) Statement of Financial Affairs, (2) Declaration Concerning Debtor's Schedules) (Loughnane, John) (Entered: 11/02/2009) |
| 11/02/2009 | 🌑 65 | Declaration Re: Electronic Filing (Re: 55 Verified Declaration, 63 Statement, 64 Summary of Schedules) filed by Interested Party Joseph Finn, Jr. (Loughnane, John) (Entered: 11/02/2009) |
| 11/03/2009 | | Terminated Deadline re: Document No. 62 and 64. (fac, USBC) (Entered: 11/03/2009) |
| 11/05/2009 | | Clerk's Evidence of Repeat Filings. MA Chapter 7 Case No. 09-10246 filed 01/14/2009 by N2N COMMERCE, INC. (ADI) (Entered: 11/05/2009) |
| 11/05/2009 | 🌑 66 | Application filed by Trustee Joseph G. Butler to Employ Barron & Stadfeld, P.C. as Counsel to Chapter 7 Trustee. (Attachments: (1) Exhibit Sworn Statement of Joseph G. Butler and declaration re electronic case filing, (2) Proposed Order, (3) Certificate of Service) (Butler, Joseph) (Entered: 11/05/2009) |
| 11/05/2009 | 🌑 67 | Endorsed Order Dated 11/5/09 (Re: 66 Application filed by Trustee Joseph G. Butler to Employ Barron & Stadfeld, P.C. as Counsel to Chapter 7 Trustee). APPLICATION GRANTED. (fac, USBC) (Entered: 11/05/2009) |
| | | Attorney Joseph G. Butler for Joseph G. Butler added to case |

| | | |
|---|---|---|
| 11/05/2009 | | (fac, USBC) (Entered: 11/05/2009) |
| 11/07/2009 | 🌑 69 | BNC Certificate of Mailing - PDF Document. RE: 67 Order on Application to Employ Service Date 11/07/2009. (Admin.) (Entered: 11/08/2009) |
| 11/09/2009 | 🌑 | Rescheduled Meeting of Creditors 341(a) meeting to be held on 1/12/2010 at 09:00 AM at Room 325, U.S. Trustee Office. Financial Management Course due:2/26/2010. Proofs of Claims due by 2/16/2010. (cb, USBC) (Entered: 11/09/2009) |
| 11/16/2009 | 🌑 70 | Court's Notice of 341 sent (cb, USBC) (Entered: 11/16/2009) |
| 11/16/2009 | 🌑 71 | Statement *Appellees' Counter-Designation of the Items to be Included in the Record on Appeal* with certificate of service (Re: 62 Statement) filed by Petitioning Creditor Optaros, Inc. (Jeffery, D.) (Entered: 11/16/2009) |
| 11/16/2009 | 🌑 72 | Motion filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney for Relief from Stay Re: N/A *To Permit Litigation of Civil Action Pending in Delaware Chancery Court* with certificate of service and proposed order Fee Amount $150, Objections due by 11/30/2009. (Whitesell, A.) (Entered: 11/16/2009) |
| 11/16/2009 | | Receipt of filing fee for Motion for Relief From Stay(09-16581) [motion,mrlfsty] ( 150.00). Receipt Number 7908584, amount $ 150.00. (U.S. Treasury) (Entered: 11/16/2009) |
| 11/18/2009 | 🌑 73 | BNC Certificate of Mailing - Meeting of Creditors. RE: 70 Court's Notice of 341 sent 7 Business Asset Service Date 11/18/2009. (Admin.) (Entered: 11/19/2009) |
| 11/30/2009 | 🌑 74 | Objection with certificate of service filed by Trustee Joseph G. Butler Re: 72 Motion filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney for Relief from Stay Re: N/A *To Permit Litigation of Civil Action Pending in Delaware Chancery Court (Butler, Joseph) (Entered: 11/30/2009)* |
| | | Hearing scheduled for 12/15/2009 at 09:45 AM Boston Courtroom 1, 12th Floor, 5 Post Office Square, Boston, MA RE: 72 Motion filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney for Relief from Stay Re: N/A To Permit Litigation of Civil Action Pending in Delaware Chancery Court. |

| | | |
|---|---|---|
| 12/02/2009 | ● 75 | (mnd) (Entered: 12/02/2009) |
| 12/03/2009 | ● 76 | Certificate of Service of Notice of Hearing (Re: 72 Motion for Relief From Stay) filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney (Whitesell, A.) (Entered: 12/03/2009) |
| 12/04/2009 | ● 77 | Transmittal of Record on Appeal to District Court Re: 56 Notice of Appeal (Re: 46 Order on Motion to Dismiss Case Dated 10/14/09, 47 Order for Relief (Ch.7) Dated 10/15/09) filed by Interested Parties Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, Sharen Turney. (Creyes, Usbc) (Entered: 12/04/2009) |