UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

In re:

N2N Commerce, Inc.,

    Debtor.

Chapter 7
Case No. 09-16581-JNF

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Stephen Asbaty, Lawrence Bohn, Joel Cutler, Mark Delcher, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, and Sharen Turney (collectively, "Movants"), pursuant to Fed. R. Bankr. P. 8006, designate the following items to be included in the record on appeal and submit the following statement of the issues to be presented in connection with the Movants' appeal from the order entered on October 14, 2009 [Docket No. 46] denying Movants' Motion to Dismiss Involuntary Case, and from the resulting Order for Relief entered on October 15, 2009 [Docket No. 47] (the "Order for Relief").

I.    DESIGNATION OF RECORD

The Movants hereby designate the following items to be included in the record on appeal:

**Record in Involuntary Case, Case No. 09-16581-JNF**

| Designated No. | Date of Filing | Docket No. | Description |
|---|---|---|---|
| 1 | 7/13/09 | 1 | Chapter 7 Involuntary Petition |
| 2 | 8/3/09 | 12 | Motion to Dismiss Involuntary Case, filed by the Movants |
| 3 | 8/3/09 | 13 | Memorandum in Support of Motion to Dismiss Involuntary Case, filed by the Movants |
| 4 | 9/11/09 | 30 | Objection to the Motion to Dismiss Involuntary Case, filed by Petitioning Creditors Navisite, Inc. and Optaros, Inc. |
| 5 | 9/24/09 | 38 | Reply to Petitioning Creditors' Objection to Motion to Dismiss Involuntary Case, filed by the Movants |
| 6 | 9/24/09 | 40 | Declaration of Gail M. Stern in Support of the Movants' Motion to Dismiss Involuntary Case |

| Designated No. | Date of Filing | Docket No. | Description |
|---|---|---|---|
| 7 | 10/14//09 | 45 | Memorandum Opinion re: Denial of Motion to Dismiss Involuntary Case |
| 8 | 10/14/09 | 46 | Order Denying Motion to Dismiss Involuntary Case |
| 9 | 10/15/09 | 47 | Order for Relief Under Chapter 7 |
| 10 | ---- | ---- | Transcript of October 7, 2009 Hearing on Motion to Dismiss Involuntary Case |
| 11 | ---- | ---- | Docket of Chapter 7 Case No. 09-16581-JNF |

**Record in Voluntary Case, Case No. 09-102461-JNF**

| Designated No. | Date of Filing | Docket No. | Description |
|---|---|---|---|
| 12 | 1/14/09 | 1 | Chapter 7 Voluntary Petition |
| 13 | 1/30/09 | 15 | Schedules A-H (Assets and Liabilities of Debtor N2N Commerce, Inc.) |
| 14 | 2/4/09 | 18 | Motion to Dismiss, Abstain, or, in the alternative, for Relief from Stay ("Motion to Dismiss Voluntary Case"), filed by the Movants |
| 15 | 2/4/09 | 19 | Memorandum in Support of Motion to Dismiss Voluntary Case, filed by the Movants |
| 16 | 2/13/09 | 28 | Status Report by the United States Trustee of Disputed Chapter 7 Trustee Election |
| 17 | 2/13/09 | 29 | Amended Status Report by the United States Trustee of Disputed Chapter 7 Trustee Election |
| 18 | 2/23/09 | 35 | Motion to Resolve Disputed Election, filed by Creditors Navisite, Inc. and Optaros, Inc. |
| 19 | 4/15//09 | 55 | Objection to Motion to Dismiss Voluntary Case, filed by Joseph F. Finn in his capacity as Assignee for the Benefit of Creditors of N2N Commerce, Inc. [Redacted version of Objection originally filed on 2/23/09] |
| 20 | 4/15/09 | 56 | Objection to Motion to Dismiss Voluntary Case, filed by Creditors Navisite, Inc. and Optaros, Inc. [Redacted version of Objection originally filed on 2/23/09] |
| 21 | 2/25/09 | 42 | Reply Memorandum in Support of Motion to Dismiss Voluntary Case, filed by the Movants |
| 22 | 5/1/09 | 58 | Memorandum Opinion re: Granting Motion to Dismiss Voluntary Case |
| 23 | 5/1/09 | 59 | Order Granting Motion to Dismiss Voluntary Case |
| 24 | 5/1/09 | 60 | Order Mooting Motion to Resolve Disputed Election |
| 25 | 5/1/09 | 61 | Notice of Dismissal |
| 26 | ---- | ---- | Transcript of February 26, 2009 Hearing on Motion to Dismiss Voluntary Case |
| 27 | ---- | ---- | Docket of Chapter 7 Case No. 09-10246-JNF |

II. <u>STATEMENT OF ISSUES ON APPEAL</u>

The Movants hereby submit the following statement of issues presented by this appeal:

1. Did the Bankruptcy Court have subject matter jurisdiction under 11 U.S.C. § 303 to enter the Order for Relief?

2. Did the Bankruptcy Court err in determining that the Movants lacked standing to seek dismissal of the involuntary Chapter 7 case?

3. Did the Bankruptcy Court err in denying the Movants' motion to dismiss the involuntary Chapter 7 case?

[signatures on following pages]

Dated: November 2, 2009

Respectfully submitted,

STEPHEN ASBATY, LAWRENCE BOHN, JOEL CUTLER, MARK DELCHER, WENDY LAHAYE, RUBEN PINCHANSKI, MARTYN REDGRAVE & SHAREN TURNEY,

By their attorneys,

/s/ *A. Davis Whitesell*
Daniel C. Cohn (No. 090780)
A. Davis Whitesell (No. 551462)
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, Massachusetts 02110
Tel.: 617.951.2505
Fax: 617.951.0679
E-Mail: whitesell@cwg11.com

*Counsel for Martyn Redgrave and Sharen Turney*

/s/ *Michael J. Pappone*
Michael J. Pappone (No. 388900)
Anthony S. Fiotto (No. 558089)
Jennifer W. Fischesser (No. 651480)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
E-Mail:  mpappone@goodwinprocter.com
         afiotto@goodwinprocter.com
         jfischesser@goodwinprocter.com

*Counsel for Lawrence Bohn and Joel Cutler*

/s/ Scott Birnbaum
Scott Birnbaum (No. 543834)
BIRNBAUM & GODKIN LLP
280 Summer Street
Boston, Massachusetts 02210
Tel.: 617.307.6100
Fax: 617.307.6101
E-Mail: birnbaum@birnbaumgodkin.com

*Counsel for Stephen Asbaty, Mark Delcher,
Wendy Lahaye & Ruben Pinchanski*

1287p/Designation of Rec and Issues 2

## CERTIFICATE OF SERVICE

I, A. Davis Whitesell, Esq., hereby certify that on November 2, 2009, I caused a copy of the foregoing **Designation of Record and Statement of Issues on Appeal** to be served by ECF on those entities registered with the ECF service in this case, and by first-class mail, postage prepaid, upon those entities listed on the attached Service List.

Dated this 2nd day of November 2009.

/s/ A. Davis Whitesell
A. Davis Whitesell (No. 551462)
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone:   (617) 951-2505
Facsimile:   (617) 951-0679
Email:       whitesell@cwg11.com

1287p/Designation of Rec and Issues 2

## SERVICE LIST

### Counsel for Optaros, Inc.

D. Ethan Jeffery
HANIFY & KING PC
One Beacon Street
Boston, MA 02108

### Counsel for Navisite, Inc.

Mark T. Power
HAHN & HESSEN, LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

### Counsel for TIBCO Software, Inc.

Joseph Kijewski
TIBCO Software Inc.
Office of the General Counsel
3303 Hillview Avenue
Palo Alto, CA 94304

### Chapter 7 Trustee of N2N Commerce, Inc.

Joseph G. Butler, Esq.
Barron & Stadfeld, PC
100 Cambridge Street
Boston, MA  02114


N2N Commerce, Inc.
C/O Finn, Warnke and Gayton
167 Worcester Street
Suite 201
Wellesley Hills, MA 02481