UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: * | |
| N2N COMMERCE, INC., * | |
| Debtor. * | |
| _____ * | |
| STEPHEN ASBATY, LAWRENCE BOHN, * | |
| JOEL CUTLER, MARK DELCHER, WENDY * | |
| LAHAYE, RUBEN PINCHANSKI, MARTYN * | |
| REDGRAVE, and SHAREN TURNEY. * | |
| Appellants, * | |
| * | Bankruptcy Appeal |
| v. * | Civil Action No. 09-12099-JLT |
| NAVISITE, INC., OPTAROS, INC., TIBCO * | |
| and JOHN G. BUTLER, as Chapter 7 Trustee of * | |
| the Estate of N2N Commerce, Inc., * | |
| Appellees. * | |

ORDER

August 4, 2010

TAURO, J.

Appellants take issue with the fact that, though the Parties submitted extensive briefing to the Bankruptcy Court, the Bankruptcy Judge's Order and Memorandum of Decision contains only seven pages of analysis. But, the Bankruptcy Judge's seven page analysis more than adequately sets forth the key areas for decision, and deals clearly and correctly with those issues.[1]  She need

---

[1] See Addamax Corp. v. Open Software Found., 152 F.3d 48, 55 (1st Cir. 1998) ("The district court could have written a 200-page decision on this case, but the far more compact assessment it made was entirely adequate under Rule 52(a).").

not have paraphrased the multi-page submissions of the Parties.  This court therefore AFFIRMS the judgment of the Bankruptcy Court, essentially for the reasons set forth in the Bankruptcy Judge's Order and Memorandum of Decision, dated October 14, 2009.

IT IS SO ORDERED.

                                                                         /s/ Joseph L. Tauro
                                                         United States District Judge